Erik F. Stidham, ISB # 5483
Brian Wonderlich, ISB # 7758
HOLLAND & HART LLP
Suite 1400, U.S. Bank Plaza
101 South Capitol Boulevard
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:   (208) 342-5000
Facsimile:    (208) 343-8869
efstidham@hollandhart.com
kbraley@hollandhart.com

Holly Sollod (admitted *pro hac vice*)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
P.O. Box 8749
Denver, Colorado 80201-8749

Attorney for Shannon Stith

**IN THE UNITED STATES DISTRICT COURT**

**FOR DISTRICT OF IDAHO**

| | |
|---|---|
| LESLIE NIEDERKLINE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>PCS EDVENTURES!.COM, INC., an Idaho Corporation; ANTHONY A. MAHER, an individual; and SHANNON M. STITH, an individual,<br><br>        Defendants. | Case No.  1:10-cv-00479<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAIN [Dkt. 1]** |

Plaintiff Leslie Niederklein, individually and on behalf of all others similarly situated, by and through its counsel, and Defendant, Shannon M. Stith, by and through their counsel, hereby stipulate to an extension of time for

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT [Dkt. 1] - 1

Shannon M. Stith to respond to Plaintiff's Class Action Complaint for Violations of Federal Securities Laws.  [Dkt. 1].

Plaintiff has agreed to allow Shannon M. Stith to respond on or before December 10, 2010.  A proposed order granting this Motion has been submitted to the Court pursuant to District of Idaho Local Rule 7.1(a)(4).

Dated this 5th day of November, 2010.

        HOLLAND & HART LLP

        By */s/ Erik F. Stidham*
          Erik F. Stidham, of the firm
          Brian C. Wonderlich, for the firm
          Holly Stein Sollod, of the firm (*Pro Hac Vice*)
          Attorneys for Shannon M. Stith

Dated this 5th day of November, 2010.

        GORDON LAW OFFICES

        By */s/ Phillip H. Gordon*
          Phillip H. Gordon
          Bruce S. Bistline
          Attorneys for Defendants

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT [Dkt. 1] - 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 5th, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Phillip H. Gordon
pgordon@gordonlawoffices.com

Bruce S. Bistline
bbistline@gordonlawoffices.com

Laurence Rosen
Phillip Kim
THE ROSEN LAW FIRM, PA.
350 Fifth Avenue, Suit 5508
New York, New York 10118

                                          */s/ Erik F. Stidham*
                                          Holland & Hart LLP