GORDON LAW OFFICES
Philip H. Gordon, ISBN 1996
pgordon@gordonlawoffices.com
Bruce S. Bistline, ISBN 1988
bbistline@gordonlawoffices.com
623 W. Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

*[Proposed] Liaison Counsel for Plaintiff*

ROBBINS UMEDA LLP
Marc M. Umeda
mumeda@robbinsumeda.com
Craig W. Smith
csmith@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*[Proposed] Lead Counsel for Plaintiff*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| LESLIE NIEDERKLEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PCS EDVENTURES!.COM, INC., ANTHONY A. MAHER, and SHANNON M. STITH,<br><br>Defendants. | Civil Action No. 1:10-cv-00479-CWD<br><br><u>CLASS ACTION</u><br><br>**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF MOUSTAFA SALEM'S MOTION TO STRIKE PADGETT GROUP'S REPLY IN FURTHER SUPPORT OF LEAD PLAINTIFF MOTION** |

Movant Moustafa Salem moves to strike sections of the movant Padgett Group's Reply in Further Support of Lead Plaintiff Motion ("Padgett Group Reply") (Docket No. 30) and Exhibit A attached to the Declaration of Philip Gordon in Support of Motion of the Padgett Group filed on December 30, 2010 (Docket No. 31) ("December 30 Gordon Declaration"), because they improperly introduce for the first time on reply new arguments and evidence. The Padgett Group's Reply also should be stricken because it exceeds ten pages in length without express leave of the Court, in violation of Local Rule 7.1 of the Local Rules of Civil Practice before the United States District Court for the District of Idaho.

Mr. Salem initially moved for lead plaintiff on November 16, 2010, and argued that he was an adequate and typical lead plaintiff who had selected competent and experienced counsel. Memorandum of Law in Support of Moustafa Salem's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel at 5-7, filed on November 16, 2010 (Docket No. 10); Exhibit C attached to the Declaration of Philip H. Gordon in Support of Moustafa Salem's Motion for Appointment of Lead Plaintiff and Approval of Selection of Counsel, filed November 16, 2010 (Docket No. 17) (Robbins Umeda LLP Firm Resume). The Padgett Group's opposition did not challenge Mr. Salem's adequacy, typicality, or his selection of lead counsel. Padgett Group's Opposition to Competing Lead Plaintiff Motion filed November 10, 2010 (Docket No. 26). Mr. Salem relied on the Padgett Group's decision not to challenge his adequacy. *See* Moustafa Salem's Reply in Support of His Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel at 1, filed November 30, 2010 (Docket No. 29) ("The Padgett Group's Opposition does not challenge Mr. Salem's qualifications to serve as lead plaintiff.").[1]

---

[1] Mr. Salem attached his certification to his initial moving papers and the Padgett Group had ample opportunity to review and challenge anything contained therein, including Mr. Salem's choice of counsel, and elected not to do so. By comparison, Mr. Salem filed a detailed

The Padgett Group argues for the first time in its reply that Mr. Salem's certification and choice of counsel raise questions about his adequacy, citing an inapposite and factually erroneous 3-year old decision by a North Carolina superior court in a shareholder derivative action. Padgett Group Reply at 9-11; December 30 Gordon Declaration, Exhibit A. The Padgett Group fails to mention, however, that this decision was reversed on appeal. *Egelhof ex rel. Red Hat, Inc. v. Szulik*, 668 S.E.2d 367, 373 (N.C. Ct. App. 2008).

The Padgett Group's new arguments raised in their reply are improper and should be stricken by this Court. *Tovar v. U.S. Postal Service,* 3 F.3d 1271, 1273 n. 3 (9th Cir. 1993) (arguments stricken because they were improperly raised for the first time in a reply brief); *Pacquiao v. Mayweather*, No. 2:09-CV-2448-LRH-RJJ, 2010 WL 3271961, at *1-*2 (D. Nev. Aug. 13, 2010) (striking from reply evidence that was available to defendants when they filed their motion to dismiss). Specifically, the Court should strike the following sections of the Padgett Group's Reply papers:

- Last line of the first paragraph on page 3 stating, "Lastly, there are no suitable lead plaintiffs other than the Padgett Group because the record demonstrates that Salem is inadequate";
- Section II.C., titled "The Competing Movant is inadequate"; and

---

opposition to the Padgett Group's motion for lead plaintiff explaining why it was not a proper group under the Private Securities Litigation Reform Act of 1995("PSLRA") under the reasoning applied by another court in this District in *In re Atlas Mining Company Securities Litigation*, No. CV-07-428-N-FJL-MHN, 2008 WL 821756 at *5 (D. Idaho Mar. 25, 2008) ("*Atlas*") (appointing a group of unrelated investors would "defeat the PSLRA's purpose to prevent lawyer-driven litigation."). Mustafa Salem's Opposition to the Motion of the Padgett Group to: (1) Appoint Lead Plaintiff; and (2) Approve Lead Plaintiff's Selection of Counsel at 1-2, 5-7, filed on November 24, 2010 (Docket No. 24). At a minimum, investors having no pre-existing relationship are required to demonstrate that the group can and will effectively control and manage the litigation without undue influence of counsel. *Id.* at 7. The Padgett Group has not even attempted to make this showing. *Id.* at 8-11.

- Exhibit A to the declaration of Philip Gordon dated December 30, 2010 in support of motion of the Padgett Group (Docket No. 31), which attaches the inapposite North Carolina Superior Court decision.

Dated: January 5, 2011

Respectfully submitted,

GORDON LAW OFFICES
PHILIP H. GORDON
BRUCE S. BISTLINE

s/Philip H. Gordon
Philip H. Gordon, ISBN 1996
pgordon@gordonlawoffices.com
Bruce S. Bistline, ISBN 1988
bbistline@gordonlawoffices.com
623 W. Hays Street
Boise, ID 83702
Telephone: (208) 345-7100
Facsimile: (208) 345-0050

*[Proposed] Liaison Counsel for Plaintiff*

ROBBINS UMEDA LLP
Marc M. Umeda
mumeda@robbinsumeda.com
Craig W. Smith
csmith@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*[Proposed] Lead Counsel for Plaintiff*

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko
ctrinko@trinko.com
16 West 46th Street
New York, NY 10036
Telephone: (212) 490-9550
Facsimile: (212) 986-0158

*Additional Counsel for [Proposed] Lead Plaintiff*

565636